JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HORI (U.S.A.), INC., a California corporation,<br><br>Defendant. | Case No. 2:21-cv-09213-AB-PD<br><br>[PROPOSED] ORDER DISMISSING CASE<br><br><br><br>Hon. André Birotte Jr. |

Having reviewed the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, **DISMISSED** with prejudice as to all claims for relief, causes of action, and parties. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is Directed to close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2024

_____
Hon. André Birotte Jr.
United States District Judge

-1-